**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50393 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-03879-WQH-1 |
| v. | |
| PAUL ANDREW SILMAN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted March 5, 2013[**]
Pasadena, California

Before: HAWKINS, THOMAS, and HURWITZ, Circuit Judges.

Defendant Paul Andrew Silman appeals his sentence of 65 months

incarceration followed by three years of supervised release. We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291.  Because the parties are familiar with the facts, we need not recount them here.

In his plea agreement, Defendant validly waived his right to appeal his conviction and sentence.  *See United States v. Nguyen*, 235 F.3d 1179, 1182–83 (9th Cir. 2000), *abrogated on other grounds by United States v. Rahman*, 642 F.3d 1257, 1259 (9th Cir. 2011).  His arguments that the Government breached the plea agreement are meritless.  Accordingly, we dismiss this appeal.  *United States v. Michlin*, 34 F.3d 896, 898 (9th Cir. 1994).

**DISMISSED.**